# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GERMAINE PERRY, Defendant. | Case No. CR12-0016 REPORT AND RECOMMENDATION CONCERNING MOTION TO SUPPRESS |

On May 16, 2012, Defendant Germaine Perry filed a Motion to Suppress (docket number 18). On June 5, however, Defendant tendered an unconditional plea of guilty to an Information (docket number 30) filed on June 4, 2012. At the plea change hearing, counsel for Defendant confirmed that Defendant was waiving any claims he may otherwise have, as set forth in the motion to suppress. Accordingly, the motion to suppress should be denied as moot.

## RECOMMENDATION

For the reasons set forth above, I respectfully recommend that the Motion to Suppress (docket number 18) filed by the Defendant be **DENIED** as moot.

The parties are advised, pursuant to 28 U.S.C. § 636(b)(1), that within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court. *The parties are reminded that pursuant to Local Rule 72.1, "[a] party asserting such objections must arrange promptly for a transcription of all portions of the record the district court judge will need to rule on the objections."*

DATED this 5th day of June, 2012.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA